UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60153-CIV-ALTMAN

**HOWARD COHAN**,

    *Plaintiff*,

v.

**MONBOS RESTAURANT GROUP, LLC.,**

    *Defendant*.

_____/

## ORDER

**THIS MATTER** comes before the Court on the parties' Joint Notice of Settlement [ECF No. 10]. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **March 14, 2021**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of February 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record